# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| Russell Alan Bernthal, Sr. and Socorro Bernthal ) | Case No. 16-20207-DLS |
| ) | |
| Debtors. ) | |

## DEBTORS' OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

COME NOW the Debtors, by and through their attorney, Sarah A. Sypher of Sypher Law, LLC, and object to the Notice of Mortgage Payment Change as filed on 07/17/2019 by Wilmington Savings Fund Society. Debtors states as follows:

1. Debtors disagree with the escrow analysis included in the Notice of Mortgage Payment Change, specifically the source of the payments and how those payments were applied.

WHEREFORE, the Debtors pray the foregoing Notice be disallowed.

Dated August 6, 2019.

                                                           Respectfully submitted,

                                                           /s/ Sarah A. Sypher
                                                           Sarah A. Sypher- KS Bar #21993
                                                           Sypher Law, LLC
                                                           11011 King St., Ste. 220
                                                           Overland Park, KS 66210
                                                           (913) 451-8833
                                                           (913) 451-8843 (Fax)
                                                           Email: ecf@sypherlaw.com
                                                           Attorney for Debtors

## CERTIFICATE OF MAILING

      I do hereby certify that, on August 6, 2019, I deposited in the first class United States mail, postage prepaid, a copy of the foregoing Notice of Nonevidentiary Hearing with an attached copy of the pleading addressed to the following parties of interest:

| | |
|---|---|
| Russell Alan Bernthal, Sr. and Socorro Bernthal<br>4008 West 48th Lane<br>Roeland Park, KS 66205 | Dustin Stiles<br>Kozeny & McCubbin, LC<br>12400 Olive Bld., Ste. 555<br>St. Louis, MO 63141<br>*Attorney for Creditor* |

I also certify that the U.S. Trustee, ustpregion20.wi.ecf@usdoj.gov, and the Standing Chapter 13 Trustee, William H. Griffin, ecfgriff@13trusteekc.com, are being served electronically on the same date this pleading is being filed.

                                                    /s/ Sarah A. Sypher
                                                      Sarah A. Sypher