IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 16-20207 |
| RUSSELL ALAN BERNTHAL, SR. § | |
| SOCORRO BERNTHAL § | |
| DEBTOR(S) § | CHAPTER 13 |
| § | |

**NOTICE OF WITHDRAWAL OF** Notice of Mortgage Payment Change

Notice is hereby given that **Rushmore Loan Management Services LLC**, ("Creditor"), is withdrawing its

**Notice of Mortgage Payment Change (Claim #5-1)** filed on **April 22, 2022**, as it was inadvertently filed.

Dated: August 24, 2022

                                                                                    Respectfully submitted,
                                                                                   Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Rushmore Loan Management
Services LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 24, 2022 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Russell Alan Bernthal, Sr.
4008 W. 48th Lane
Roeland Park, Kansas 66205

**Debtor**  *Via U.S. Mail*
Socorro Bernthal
4008 W. 48th Lane
Roeland Park, Kansas 66205

**Debtors' Attorney**
Sarah A. Sypher
Sypher Law, LLC
11011 King Street, Suite 220
Overland Park, Kansas 66210

**Chapter 13 Trustee**
William H. Griffin
5115 Roe Blvd, Suite 200
Roeland Park, Kansas 66205-2393

Respectfully Submitted,

/s/ Natalie Lea
Natalie Lea