Fill in this information to identify the case:

Debtor 1: Russell Alan Bernthal Sr.

Debtor 2: Socorro Bernthal
(Spouse, if filing)

United States Bankruptcy Court for the: District of Kansas

Case number: 16-20207

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 7 8 5 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/13/2022

**New total payment:** $ 691.59
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____    **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** 10.00 %    **New interest rate:** 10.00 %

   **Current principal and interest payment:** $ 59130.03    **New principal and interest payment:** $ 400.35

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | Russell Alan Bernthal Sr. | Case number (if known) 16-20207 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Heather M. Harding*
Signature

Date 02/18/2022

Print: Heather Marie Harding
First Name  Middle Name  Last Name

Title: Foreclosure/Bankruptcy Specialist

Company: Nations Financial Services

Address: 9001 W. 67th St
Number  Street

Merriam  KS  66202
City  State  ZIP Code

Contact phone 913-383-0202 xt 1024

Email hkistner@nationsfs.com

Official Form 410S1　　　　Notice of Mortgage Payment Change　　　　page **2**



■■■■■■■■■■■■■■■■■■■■■■■

February 18, 2022

SARAH A. SYPHER
SYPHER LAW GROUP, LLC
10955 LOWELL AVE, STE 630

OVERLAND PARK, KS 66210

■■■■■■■■■■■■■■■■■■■■■■■
Case:           13

Dear Sir/Madame,

Enclosed is correspondence relating to an account we service for your client referenced above.

Sincerely,

Rushmore Loan Management Services

■■■■■■■■■■

© 2021 Rushmore Loan Management Services LLC. All Rights Reserved. Equal Housing Lender. Rushmore Loan Management Services LLC, NMLS ID 185729, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618. 1.888.504.6700. A complete list of Rushmore state licenses may be found at https://www.rushmorelm.com/docs/Rushmore_Licenses.pdf.

Rushmore Loan Management Services is a debt collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. If this debt is in or has been discharged in a bankruptcy proceeding, be advised this communication is not an attempt to collect the debt against you. Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation. If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619

February 18, 2022



SOCORRO BERNTHAL
4008 W 48TH LANE
ROELAND PARK, KS 66205

4008 W 48TH LANE
ROELAND PARK, KS 66205

**Changes to Your Mortgage Interest Rate and/or Payment Change Effective 3/13/2022**

Under the terms of your HELOC, any applicable addendums and/or modifications (collectively, loan agreements), your Interest Rate (IR) and/or Payment will change effective with your next due date. A change in your interest rate may also result in a change in your payment.

|  | **CURRENT Rate and Payment** | **New Rate and Payment 3/13/2022** |
|---|---|---|
| **Interest Rate** | 10.00% | 10.00% |
| **Principal** | $58585.32 | $0.00 |
| **Interest** | $544.71 | $400.35 |
| **Escrow (1)** | $291.24 | $291.24 |
| **Total Monthly Payment** | $59421.27 | $691.59 Due on 3/13/2022 |

**Bankruptcy Disclosure:**
On records indicate your loan is in an active Chapter 13 Bankruptcy status. The information contained within this notification impacts your Post-Petition Payment and not your Pre-Petition Payment. As such, please be prepared to begin remitting the payment amount referenced in this notification on the effective payment date.

If you have any questions regarding this notification, please contact Rushmore's Bankruptcy Department at 888-504-6700.

**If You Anticipate Problems Making Your Payments:**
- Contact Rushmore 1-888-504-6700 Monday through Thursday between the hours of 6:00 a.m. to 7:00 p.m., Friday 6:00 a.m. to 6:00 p.m., Saturday 7:00 a.m. to 11:00 a.m. Pacific Time.
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
    - **Refinance your loan** with us or another lender;
    - **Sell your home** and use the proceeds to pay off your current loan;
    - **Modify your loan terms** with us;
    - **Payment forbearance** temporarily gives you more time to pay your monthly payment.
- If you would like contact information for a State Housing finance agency, visit the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov.

(1) The sum of the all escrow elements for your loan, which may include but are not limited to items such as city property taxes, county property taxes, other property taxes, homeowners insurance, flood insurance, windstorm insurance, earthquake insurance, mortgage insurance and an Overage/Shortage Spread. The escrow portion of your payment is subject to change whenever an escrow analysis is performed on your account.

# ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Notice of Error Resolution & Information Request Procedures**
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**HUD STATEMENT**
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

**Equal Credit Opportunity Act Disclosure**
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has

the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 12/21

## STATE SPECIFIC NOTICES

**The following notice applies to Arkansas residents only:**

Please note that Rushmore Loan Management Services LLC is licensed in Arkansas and that complaints about Rushmore Loan Management Services LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free 1-800-981-4429.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado<br>
Residents:  Irvin Borenstein<br>
7200 S. Alton Way, #B180<br>
Centennial, CO 80112<br>
303-309-3839

**The following notice applies to Hawaii residents only:**

Rushmore is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may file a complaint about Rushmore Loan Management Services with the Commissioner:

**Division of Financial Institutions**<br>
Department of Commerce and Consumer Affairs<br>
King Kalakaua Building<br>
335 Merchant Street, Rm. 221<br>
Honolulu, HI 96813

If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or dfi@dcca.hawaii.gov.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to North Carolina residents only:**

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North**

**Carolina Office of the Commissioner of Banks website,** www.nccob.gov .

**RUSHMORE LOAN MANAGEMENT SERVICES LLC Branch Addresses:**
California Branch: 15480 Laguna Canyon Road, Suite 100, Irvine CA 92618
Texas Branch: 1755 Wittington Place, Suite 400, Dallas TX 75234
Oklahoma Branch: 2000 North Classen Blvd, Suite N3400, Oklahoma City, OK 73106

**Collection Agency**
CA Office License Number: **103651**
TX Office License Number: **112248**
OK Office License Number: **113559**

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419
Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

NMLS Unique ID Number

Please be advised that calls regarding your property insurance requirements may be answered by Southwest Business Corporation, a third party insurance producer and tracking services provider.

You may request to receive communications from Rushmore in alternative format, which may include large print, Braille, or audio. To make this request, please contact Rushmore at (888) 504-6700.

New York City Consumers:

Rushmore Loan Management Services may provide language access services to consumers who seek to communicate in a language other than English when contacting our customer service center and speaking to a live agent.

A translation and description of commonly-used debt collection terms is available in multiple languages on the New York City Department of Consumer Affairs' website, **www.nyc.gov/dca**.

**The following notice applies to Texas residents only:**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE
SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**The following notice applies to Oregon residents only:**

Pursuant to Oregon Revised Statutes 86A.324, the Director of the Department of Consumer and Business Services prescribed by law and pursuant to FSR 25-2020: Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at **888-504-6700**. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at **888-877-4894** or visit dfr.oregon.gov.

**The following notice applies to Pennsylvania residents only:**

The lender shall retain a security interest in the residential real estate unless and until the debt is fully satisfied and the security interest is released.

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: Russell Alan Bernthal Sr. )
      Socorro Bernthal )
           DEBTOR(S) )
                           )    Case NO: 16-20207
                           )    Judge Somers
                           )

## **CERTIFICATE OF SERVICE**

      I hereby certify a true and correct copy of the foregoing Notice of Payment Change was served on the parties shown below on this 18th day of February, 2022, by pre-paid, first class, regular US Mail or via electronic delivery listed on the Court's CM/ECF Electronic Noticing System.

**Russell Alan Bernthal Sr.**
**Socorro Bernthal**
**4008 W. 48th Lane**
**Roeland Park, KS 66205**
Debtor(s)

The following will be served electronically only:

**Sarah A. Sypher on behalf of debtor(s) Russell Alan Bernthal Sr. and Socorro Bernthal**
ecf@sypherlaw.com

**William H. Griffin - Trustee**
inquiries@13trusteekc.com

**US Trustee**
Ustpregion20.wi.ecf@usdoj.gov

                                              /s/ Heather M. Harding
                                              Heather M. Harding